UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00669-FDW-DCK

| | |
|---|---|
| ERICA HORNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| EXPERIAN SERVICES CORP., EQUIFAX INC., AND TRANSUNION LLC, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court *sua sponte* following review of the "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)," (Doc. No. 5), and the accompanying pleading that was docketed by the Clerk of Court as a "Pro Se Amended Complaint," (Doc. No. 6).

Given the procedural posture of this case, including the Court's dismissal on March 30, 2023, for Plaintiff's failure to timely file an application as directed by the Court on December 14, 2022, and the fact that *nothing* in the accompanying pleading indicates it is an "Amended Complaint," the Court concludes these documents should have been filed in a new matter. This conclusion is further supported by the fact neither the application nor the accompanying pleading reference case number for the instant case, and neither document seeks relief from the Court's dismissal or reconsideration of that Order, (Doc. No. 3).

For these reasons, IT IS HEREBY ORDERED that the Clerk of Court is DIRECTED to terminate the motion and file Documents Number 5 and 6 in a new case using the date of April 7, 2023, which is the date these documents were filed in this matter. The Clerk of Court is also

1

DIRECTED to serve a copy of this Order to Plaintiff's address of record and to docket a copy of this Order in the newly-opened case.

**IT IS SO ORDERED.**

Signed: June 28, 2023

Frank D. Whitney
United States District Judge