# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Erica Horne, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00388-FDW-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Experian Services Corp. | ) | |
| Equifax Inc. | | |
| Transunion, LLC, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2024 Order.

January 11, 2024

*Katherine H. Simon*

Katherine Hord Simon, Clerk
United States District Court